**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker     Chris Wolpert
Clerk of Court     Chief Deputy Clerk

January 09, 2015

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**   **14-5020, Singer v. Steidley, et al**
       Dist/Ag docket: 4:13-CV-00072-GKF-TLW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Valery Olivia Giebel
      Caroline Bouscaren Lapish
      Brian Mitchell
      Chad Michael Neuens
      David Ross
      Joel Wohlgemuth

EAS/klp